UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA PERRY,

          Plaintiffs,

    v.

FLOSS BAR, INC., et al.,

          Defendants.

Case No.  20-cv-05609-SI  (SI)

**PRETRIAL SCHEDULING ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  2/1/2021.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/7/2021.

DESIGNATION OF EXPERTS: 7/1/2021; REBUTTAL: 7/16/2021;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/30/2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/14/2021;
    Opp. Due: 5/28/2021; Reply Due: 6/4/2021;
    and set for hearing no later than 6/18/2021 at 10:00 AM.

PRETRIAL PAPERWORK is due: 8/10/2021.

PRETRIAL CONFERENCE DATE: 8/24/2021 at 3:30 PM.

Jury TRIAL DATE: 9/7/2021 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is TBD.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

United States District Court
Northern District of California

1

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

2

     **IT IS SO ORDERED**.

3

4

Dated: November 20, 2020

5

6

SUSAN ILLSTON
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28